[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 06-13173

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
April 25, 2007
THOMAS K. KAHN
CLERK

D. C. Docket No. 06-80342-CV-DMM

BASIL E. DALACK,

Plaintiff-Appellant,

versus

VILLAGE OF TEQUESTA, FLORIDA,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(April 25, 2007)**

Before BIRCH and FAY, Circuit Judges, and DUFFEY,* District Judge.

PER CURIAM:

_____
  *Honorable William S. Duffey, Jr., United States District Judge for the Northern District
of Georgia, sitting by designation.

The summary judgment entered in favor of the Village of Tequesta, Florida is  affirmed for the reasons set forth in the opinion of the district court published at 434 F. Supp. 2d 1336.

AFFIRMED.